**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Moises VALVERDE–GARCIA,**
**Defendant–Appellant.**

**No. 09–50143.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Christopher Paul Tenorio, Esquire, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Michelle Betancourt, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Moises Valverde–Garcia appeals from the 24–month sentence imposed following his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm, but remand to correct the judgment.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Valverde–Garcia contends that the district court procedurally erred by failing to consider all the 18 U.S.C. § 3553(a) factors and that his sentence was substantively unreasonable given that his prior felony convictions were for non-violent immigration offenses. Our review of the record indicates that the judge's § 3553(a) analysis was procedurally adequate under the circumstances. *See Rita v. United States,* 551 U.S. 338, 359, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *United States v. Carty,* 520 F.3d 984, 995 (9th Cir.2008) (en banc). Considering the totality of the circumstances, as well as the § 3553(a) factors, the district court's sentence was substantively reasonable. *Id.* at 993.

In accordance with *United States v. Rivera–Sanchez,* 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to § 1326(b), and correct the judgment to reflect 8 U.S.C. § 1326(a) as the statute of conviction. *See United States v. Herrera–Blanco,* 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.